IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 14-158 |
| JAVED SUNESRA<br>BISMILLA SUNESRA<br>SAMIR TASLIMANT | |

<u>MOTION FOR ARREST WARRANTS</u>

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Eric S. Rosen, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants JAVED SUNESRA, BISMILLA SUNESRA and SAMIR TASLIMANT, upon the grounds that a Second Superseding Indictment has been returned in the above-captioned criminal case charging the defendants with the following:

Count 1: Conspiracy to commit crimes (smuggling and importation of misbranded drugs) against the United States in violation of Title 18, United States Code, Section 371 (All defendants);

Counts 2 through 9: Distribution of misbranded drugs into the United States in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 331(a) and 333(a)(2) (Sunesra defendants);

Counts 10 through 17: Smuggling, in violation of Title 18, United States Code, Section 545 (Sunesra defendants);

Count 18: Conspiracy to commit wire and mail fraud, in violation of Title 18, United States Code, Section 1349 (All Defendants);

Count 19: Conspiracy to import controlled substances into the United States, in violation of Title 21, United States Code, Section 963 (Sunesra defendants and Samir Taslimant);

Counts 20-22: Importation of controlled substances into the United States, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 952(b) and 960(a)(1) and 960(b)(6) (Sunesra defendants); and

Count 23: Conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Javed Sunesra and Samir Taslimant).

Recommended bond:  Detention.

>Respectfully submitted,
>
>DAVID J. HICKTON
>United States Attorney
>
>By: _____
>ERIC S. ROSEN
>Assistant U.S. Attorney
>NY ID No. 4412326